In the Matter of Patrick C. DINKINS, Debtor.

PACIFIC EASTERN CORPORATION, Appellant,

v.

Patrick C. DINKINS, Appellee.

No. 78–1151.

United States Court of Appeals, Fifth Circuit.

March 31, 1980.

Ames Davis, Nashville, Tenn., for appellant.

William Vance, David G. Bisbee, Atlanta, Ga., for appellee.

ON PETITION FOR REHEARING

(Opinion January 25, 1980, 5 Cir. 1980, 610 F.2d 367).

Before TUTTLE, VANCE and KRAVITCH, Circuit Judges.

PER CURIAM:

The petition for rehearing is overruled. However, in order to clarify somewhat our discussion of the type of situation in which summary jurisdiction exists we revise the former opinion which is withdrawn and the following is substituted in lieu thereof.

Antonio M. GONZALEZ, Plaintiff-Appellee,

v.

MARKLE MANUFACTURING COMPANY, Defendant-Appellant.

No. 78–2402.

United States Court of Appeals, Fifth Circuit.

March 31, 1980.

Rehearing and Rehearing En Banc Denied May 1, 1980.

Manitzas, Harris, & Padgett, Inc., James H. Kizziar, Jr., San Antonio, Tex., for defendant-appellant.

Luis M. Segura, Alexander Keller Doss, Jr., San Antonio, Tex., for plaintiff-appellee.

Before BROWN, GEWIN and POLITZ, Circuit Judges.

PER CURIAM:

AFFIRMED.[1]  See Local Rule 21.[2]

---

1. See Burdine v. Texas Dept. of Community Affairs, 608 F.2d 563, 570 (5th Cir. 1979).

In addition to the attorney's fees heretofore allowed, the District Court shall award the Appellee a reasonable attorney's fee for this ap-

peal. See Christianburg Garment Co. v. EEOC, 434 U.S. 412, 417, 98 S.Ct. 694, 697, 54 L.Ed.2d 648, 654 (1978).

2. See N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.